1  BUCHALTER NEMER
   A Professional Corporation
2  SARAH K. ANDRUS (SBN: 174323)
   MIA S. BLACKLER (SBN: 188112)
3  333 Market St., 25th Floor
   San Francisco, CA 94105
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5
   Attorneys for Defendant
6  AMC MORTGAGE SERVICES, INC.

7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | ANNE JOHNSON, DAVID SMITH,           | CASE NO. C06 3427 SC
   | CANDICE BECKET, Individually and on  |
12 | behalf of the general public,,       |
   |                                      | **STIPULATION EXTENDING TIME FOR
13 |          Plaintiffs,                 | DEFENDANT AMC MORTGAGE
   |                                      | SERVICES, INC. TO FILE AND SERVE
14 | vs.                                  | ITS RESPONSE TO THE FIRST
   |                                      | AMENDED COMPLAINT**
15 | AMC MORTGAGE SERVICES, INC, and      |
   | DOES 1 through 10,,                  |
16 |                                      | Complaint Removed: 5/26/06
   |          Defendants.                 |
17

18

19

20

21
        Pursuant to Civil Local Rule 6-1(a), Plaintiffs Anne Johnson, David Smith, and Candice
22
   Becket (collectively "Plaintiffs"), on the one hand, and defendant AMC Mortgage Services, Inc.
23
   ("AMC"), on the other, hereby stipulate to extend the deadline for AMC to file and serve its
24
   response to the First Amended Complaint up to and through June 19, 2006.
25

26      //

27      //

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 870689v1                         1

STIPULATION – CASE NO. C06 3427 SC

dockets.Justia.com

Other than as described above, the parties agree and stipulate that this extension shall not alter the date of any event previously fixed by an Order of this Court.

SO STIPULATED.

DATED: June 2, 2006

BUCHALTER NEMER
A Professional Corporation

By: /s/ Mia S. Blackler
MIA S. BLACKLER
Attorneys for Defendant
AMC MORTGAGE SERVICES, INC.

DATED: June 2, 2006

BEYERS COSTIN

By: /s/
PETER SIMON
Attorneys for Plaintiffs
ANNE JOHNSON, DAVID SMITH and
CANDICE BECKET

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BUCHALTER NEMER
A Professional Corporation
Los Angeles
BN 870689v1

2

STIPULATION – CASE NO. C06 3427 SC

Received 06-02-06 16:21 From-+ To-BEYERS COSTIN Page 03

Received Jun-02-06 04:53pm From-707 526 2746 To-Buchalter Nemer SF Page 003