| | |
|---|---|
| 1 | BUCHALTER NEMER |
| | A Professional Corporation |
| 2 | SARAH K. ANDRUS (SBN: 174323) |
| | MIA S. BLACKLER (SBN: 188112) |
| 3 | 333 Market St., 25th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 227-0900 |
| | Facsimile: (415) 227-0770 |
| 5 | |
| 6 | Attorneys for Defendant |
| | AMC MORTGAGE SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE JOHNSON, DAVID SMITH, CANDICE BECKET, Individually and on behalf of the general public,, | CASE NO. C06 3427 SC |
| Plaintiffs, | STIPULATION EXTENDING TIME FOR DEFENDANT AMC MORTGAGE, SERVICES, INC. TO FILE AND SERVE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT |
| vs. | |
| AMC MORTGAGE SERVICES, INC, and DOES 1 through 10,, | ORDER |
| Defendants. | Complaint Removed: 5/26/06 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Anne Johnson, David Smith, and Candice Becket (collectively "Plaintiffs"), on the one hand, and defendant AMC Mortgage Services, Inc. ("AMC"), on the other, hereby stipulate to extend the deadline for AMC to file and serve its response to the First Amended Complaint up to and through July 3, 2006.

The reason for this extension is that the parties have reached a tentative settlement of this litigation, and need time to document the settlement.

1  Other than as described above, the parties agree and stipulate that this extension shall not
2  alter the date of any event previously fixed by an Order of this Court.
3  SO STIPULATED.
4
5  DATED: June ___, 2006           BUCHALTER NEMER
                                    A Professional Corporation
6
7                                   By: _____
8                                       MIA S. BLACKLER
                                        Attorneys for Defendant
9                                       AMC MORTGAGE SERVICES, INC.

10 DATED: June 16, 2006            BEYERS COSTIN
11
12                                  By: _____
13                                      CHRISTOPHER COSTIN
                                        Attorneys for Plaintiffs
14                                      ANNE JOHNSON, DAVID SMITH and
                                        CANDICE BECKET



IT IS SO ORDERED
Judge Samuel Conti

BN 870689v2

2

STIPULATION - CASE NO. C06 3427 SC