CHRISTOPHER G. COSTIN (Bar No. 070501)
SUZANNE K. BABB (Bar No. 229750)
BEYERS | COSTIN
200 Fourth Street, Suite 400
P.O. Box 878
Santa Rosa, CA 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-2746

Attorneys for Plaintiffs Anne Johnson, David Smith and Candice Becket

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE JOHNSON, DAVID SMITH, CANDICE BECKET,<br><br>Plaintiffs,<br>v.<br>AMC MORTGAGE SERVICES, INC, and DOES 1 through 10,<br><br>Defendant. | CASE NO. C 06-3427 SC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE |

The parties, having reached a settlement in the above matter, hereby request that this Court order a dismissal of the action, with prejudice. The parties shall each bear their own costs.

Dated: July 5, 2006

BEYERS | COSTIN

By: _____
Suzanne K. Babb
Attorney for Plaintiffs

1

1 | Dated: July 5, 2006

BUCHALTER NEMER

By: _____
Mia S. Blackler
Attorneys for Defendant AMC Mortgage
Services, Inc.

## ORDER GRANTING DISMISSAL, WITH PREJUDICE

The Complaint is hereby dismissed, with prejudice pursuant to the terms set forth in the Stipulation for Settlement between the parties.

Dated: July 7, 2006



IT IS SO ORDERED
Judge Samuel Conti

2

STIPULATION FOR DISMISSAL, WITH PREJUDICE
G:\5584-01\Pleading\Stip.Order.Dismissal.doc

| | | |
|---|---|---|
| 1 | Dated: July 5, 2006 | BUCHALTER NEMER |

By:_____
Mia S. Blackler
Attorneys for Defendant AMC Mortgage
Services, Inc.

## ORDER GRANTING DISMISSAL, WITH PREJUDICE

The Complaint is hereby dismissed, with prejudice pursuant to the terms set forth in the Stipulation for Settlement between the parties.

Dated: July ___, 2006

_____
JUDGE OF THE DISTRICT COURT,
Northern District of California